UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DEVIN DUANE STOUT,

      Petitioner,

v.                                                    Case No.  5:26-cv-229-KCD-PRL

WARDEN, FCC COLEMAN –
USP II,

      Respondent.

_____/

## **ORDER**

Petitioner Devin Stout, an inmate of the federal penal system, is proceeding in this action *pro se* on a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1.) A *sua sponte* review of the Bureau of Prisons' Online Inmate Locator reflects that Stout is no longer in the custody of the Bureau of Prisons.[1] Stout's address is currently unknown because he has failed to provide the Court with his updated address. He was previously ordered to advise the Court in writing of any changes to his address throughout the pendency of this case. (*See* Doc. 3 at 5.)

Consequently, on May 21, 2026, the Court ordered Stout to show cause, within fourteen days of the date of that order, why this action should not be dismissed.  (Doc. 12.)  The Court warned Stout that his failure to comply with

---

[1] *See* Inmate Locator, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited June 11, 2026).

the Court's Order to Show Cause would result in the dismissal of this action without further notice. (*Id.*) On June 9, 2026, the Court's Order to Show Cause was returned and marked indicating Stout is no longer at his last known address.

In prosecuting this action, Stout is responsible for complying with the Court's orders. He has not done so, nor explained his noncompliance. Given the designated time to comply with the Court's show cause order (Doc. 12) has passed, dismissal of this case for failure to prosecute is necessary and appropriate.

Accordingly, it is **ORDERED:**

1.    This case is **DISMISSED without prejudice**.

2.    The **Clerk of Court** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the case.

**ENTERED** in Fort Myers, Florida on June 16, 2026.

Kyle C. Dudek
United States District Judge

OCAP-1
c:    Devin Duane Stout, #48105-074

2